Filed in The District Cou
of Travis County, Texa
AUG 19 2016
At 4:50 P
Velva L. Price, District Cle

Cause Number D-1-GN-16-003882

| | | |
|---|---|---|
| MARK WALTERS, *Plaintiff*, | § | IN THE DISTRICT COURT |
| v. | § | FOR TRAVIS COUNTY, TEXAS |
| TENANT BACKGROUND SEARCH *Defendant* | § | 126TH JUDICIAL DISTRICT |

**PLAINTIFF MARK WALTERS'S UNSWORN DECLARATION OF INDIGENCE**

STATE OF TEXAS )
)
TRAVIS COUNTY )

1. "My name is Mark Walters, my date of birth is March 2, 1971, and my address is 3605 Steck Avenue, Unit 1107, Austin, Travis County, Texas 78759. I am the Plaintiff in this case.
2. I declare under penalty of perjury that the facts stated in this declaration are within my personal knowledge and are true and correct.
3. I wish to proceed as an indigent and prosecute a lawsuit for violations of Texas tort law without paying costs.
4. I receive no governmental subsidy.
5. I do not earn a salary.
6. I do not have any other source of income.
7. I do not have a spouse.
8. I do not own any real, or personal property.

EXHIBIT B

Approved

9. I do not have any cash assets.

10. I do not have monthly expenses due to the fact that I currently live with family members.

11. I have no dependents.

12. I am unable to pay the court costs due to being struck by a car in April 2016 while riding my bike. The injuries that I sustained have impacted my ability to work and due to the nature of the injuries that I have sustained, I am uncertain as to when I will be employed again."

Executed in TRAVIS County, State of TEXAS on August 19, 2016.

/s/ MARK WALTERS
Declarant

I, VELVA L. PRICE, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office on SEPT. 20, 2016
VELVA L. PRICE
DISTRICT CLERK
By Deputy:

