9/16/2016 12:17:47 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-16-003882
Irene Silva

NO. D-1-GN-16-003882

| | | |
|---|---|---|
| MARK WALTERS, *Plaintiff* | § § § | IN THE DISTRICT COURT OF |
| vs. | § § | TRAVIS COUNTY, TEXAS |
| TENANT BACKGROUND SEARCH *Defendant* | § § § | 126TH JUDICIAL DISTRICT |

### DEFENDANT LONESTAR IT SOLUTIONS, L.L.C.'S ORIGINAL ANSWER, AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Lonestar IT Solutions, L.L.C. ("Defendant") incorrectly named and served herein as "Tenant Background Search," files its Original Answer and Request for Disclosure, and would respectfully show the Court as follows:

#### I. GENERAL DENIAL

1.1   Defendant invokes the provisions of Rule 92, Texas Rules of Civil Procedure, and does thereby exercise its legal right to require Plaintiff to prove all of the allegations contained in Plaintiff's Original Petition, if Plaintiff can so prove them, which is denied. Accordingly, Defendant denies generally the allegations of Plaintiff's pleading and demands strict proof thereof by a preponderance of the evidence.

#### II. REQUEST FOR DISCLOSURE

2.1   Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant requests that Plaintiff disclose, within thirty (30) days of service of this request, the information described in Rule 194.2(a)-(l).

2280132v1
08011.477

1




### III. PRAYER

3.1  Defendant Lonestar IT Solutions, L.L.C prays that Plaintiff take nothing by this suit, that Defendant has judgment for its costs in this proceeding, and that the Court grant Defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ W. Garrett Hicks
    BRIAN D. HENSLEY
    State Bar No. 24036759
    Telephone: (512) 703-5083
    E-Mail: bhensley@thompsoncoe.com
    W. GARRETT HICKS
    State Bar No. 24092511
    Telephone: (512) 703-5096
    E-Mail: ghicks@thompsoncoe.com
    701 Brazos, Suite 1500
    Austin, Texas 78701
    Telecopy: (512) 708-8777

**ATTORNEYS FOR DEFENDANT LONESTAR IT SOLUTIONS, L.L.C.**



## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been delivered by the method indicated on this the 16th day of September, 2016 to the following:

Mark Walters
P.O. Box 28072
Austin, Texas 78755
(512) 964-4343
verusconsultingtexas@gmail.com
**PLAINTIFF, PRO SE**

I, VELVA L. PRICE, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office on SEPT. 20, 2016
VELVA L. PRICE
DISTRICT CLERK
By Deputy:

2280132v1
08011.477

3

