# TEXAS SECRETARY OF STATE
## CARLOS H. CASCOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| Filing Number: | 801591070 | Entity Type: | Domestic Limited Liability Company (LLC) |
| Original Date of Filing: | May 3, 2012 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 32047854693 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | Lonestar IT Solutions LLC | | |
| Address: | 3333 LEE PARKWAY 646 | | |
| | DALLAS, TX 75219 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT |
|---|---|---|---|

| Name | Address |
|---|---|
| Erik Dail | 5402 Bowser Ave. |
| | Dallas, TX 75209 USA |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT E