**Order Date:** 6/22/2016
**Investigation:** Tenant Screening Standard
**Prepared for:** Bill Shire
   ATX TENANTS

 Tenant Background Search

| IDENTIFYING INFORMATION | REPORT SUMMARY |
|---|---|

**IDENTIFYING INFORMATION**

**Name:** Mark Walters
**Date of Birth:** ▆▆/1971
**Address:** Steck
   Austin, TX 78759

**REPORT SUMMARY**

**Status: Complete**
**Complete Date:** 6/22/2016

| SEARCH TYPE | RESULTS | DETAILS |
|---|---|---|
| Nationwide Criminal Results | Review | Records: 12 |

## Nationwide Criminal Database Results - REVIEW

**Last update: 06/22/2016**

| OFFENDER | SUMMARY |
|---|---|

**OFFENDER**

**Full Name:** WALTERS,MARK RICHARD
**Date of Birth:** ▆▆/1971
**Sex:** MALE
**Race:** WHITE
**Comments:** Case#: 9507120MMA
County: COLLIER

**SUMMARY**

**Jurisdiction:** FL AOC
**Case Number:** 9507120MMA
**Offenses:** 1

**OFFENSES**

**Offense 1:**

**Offense Description:** DRIVE WITHOUT VALID LICENSE
**Offense Severity:** MISDEMEANOR
**Sentence Date:** 11/09/1995
**Arrest Date:** 08/09/1995
**Case filing Date:** 08/09/1995
**Disposition:** ADJUDICATED GUILTY
**Disposition Date:** 11/09/1995
**Case Number:** 9507120MMA
**Statute Number:** 322.34
**Comments:** Fine:$50 Misdemeanor Statute:322.34

| OFFENDER | SUMMARY |
|---|---|

**OFFENDER**

**Full Name:** WALTERS,MARK RICHARD
**Date of Birth:** ▆▆/1971
**Sex:** MALE
**Race:** WHITE
**Comments:** Case#: CTC9555882MMAE FL
OBTS#: 0007399621

**SUMMARY**

**Jurisdiction:** FL AOC
**Case Number:** CTC9555882MMAE FL
**Offenses:** 1

**OFFENSES**

**Offense 1:**

**Offense Description:** DRIVE WITHOUT VALID LICENSE
**Offense Severity:** MISDEMEANOR
**Sentence Date:** 02/08/1996

TB 00001

**Arrest Date:** 12/16/1995
**Case filing Date:** 12/16/1995
**Disposition:** ADJUDICATED GUILTY
**Disposition Date:** 02/08/1996
**Probation Sentence Length:** 3 Months
**Case Number:** CTC9555882MMAE FL
**Statute Number:** 322.34
**Comments:** Probtn:3 Mths Misdemeanor Statute:322.34

| OFFENDER | SUMMARY |
|---|---|
| **Full Name:** WALTERS,MARK RICHARD | **Jurisdiction:** TX Dept of Public Safety |
| **Date of Birth:** ▮▮/1971 | **Case Number:** 06567K368 |
| **Sex:** MALE | **Offenses:** 1 |
| **Race:** WHITE | |
| **Eye Color:** BROWN | |
| **Weight:** 195 | |
| **Height:** 069 | |
| **Alias:** DINITTO,MARCUS DOB: ▮▮/1971 | |
| **Alias:** NYE,DAVID E DOB: ▮▮/1971 | |
| **Alias:** POPE,MICHAEL DOB: ▮▮/1971 | |
| **Comments:** DPS#: 06867617 Crt Case#: 06567K368 | |

**OFFENSES**

**Offense 1:**

**Offense Description:** CREDIT CARD OR DEBIT CARD ABUSE
**Offense Severity:** FELONY
**Sentence Length:** 6 Months
**Arrest Date:** 04/10/2002
**Case filing Date:** 09/28/2005
**Disposition:** CONVICTED
**Disposition Date:** 01/09/2007
**Case Number:** 06567K368
**Comments:** FELONY - STATE JAIL FELONY; St:32.31

| OFFENDER | SUMMARY |
|---|---|
| **Full Name:** WALTERS,MARK RICHARD | **Jurisdiction:** TX Dept of Public Safety |
| **Date of Birth:** ▮▮/1971 | **Case Number:** 0262562 |
| **Sex:** MALE | **Offenses:** 1 |
| **Race:** WHITE | |
| **Eye Color:** BROWN | |
| **Weight:** 195 | |
| **Height:** 069 | |
| **Alias:** DINITTO,MARCUS DOB: ▮▮/1971 | |
| **Alias:** NYE,DAVID E DOB: ▮▮/1971 | |
| **Alias:** POPE,MICHAEL DOB: ▮▮/1971 | |
| **Comments:** DPS#: 06867617 Case No: 9086586066 Crt Case#: 0262562 | |

TB 00002

**OFFENSES**

**Offense 1:**

| | |
|---|---|
| **Offense Description:** | CRIM MISCH andgt; =$500 andlt; $1,500 |
| **Offense Severity:** | MISDEMEANOR |
| **Sentence Length:** | 1 Years |
| **Arrest Date:** | 04/10/2002 |
| **Case filing Date:** | 04/09/2002 |
| **Disposition:** | CONVICTED |
| **Disposition Date:** | 01/28/2003 |
| **Case Number:** | 0262562 |
| **Comments:** | MISDEMEANOR - CLASS A; St:28.03(A) |

| **OFFENDER** | **SUMMARY** |
|---|---|
| **Full Name:** WALTERS,MARK RICHARD | **Jurisdiction:** TX Dept of Public Safety |
| **Date of Birth:** ███1971 | **Case Number:** 061501K368 |
| **Sex:** MALE | **Offenses:** 1 |
| **Race:** WHITE | |
| **Eye Color:** BROWN | |
| **Weight:** 195 | |
| **Height:** 069 | |
| **Alias:** DINITTO.MARCUS DOB: ███1971 | |
| **Alias:** NYE,DAVID E DOB: ███/1971 | |
| **Alias:** POPE,MICHAEL DOB: ███/1971 | |
| **Comments:** DPS#: 06867617 Case No: 5526 Crt Case#: 061501K368 | |

**OFFENSES**

**Offense 1:**

| | |
|---|---|
| **Offense Description:** | OBSTRUCTION OR RETALIATION |
| **Offense Severity:** | FELONY |
| **Sentence Length:** | 5 Years |
| **Arrest Date:** | 09/22/2006 |
| **Case filing Date:** | 09/22/2006 |
| **Disposition:** | PROBATION REVOCATION |
| **Disposition Date:** | 08/26/2009 |
| **Case Number:** | 061501K368 |
| **Comments:** | FELONY - 3RD DEGREE; St:36.06(C) |

| **OFFENDER** | **SUMMARY** |
|---|---|
| **Full Name:** WALTERS,MARK RICHARD | **Jurisdiction:** TX Dept of Public Safety |
| **Date of Birth:** ███/1971 | **Case Number:** 0635211 |
| **Sex:** MALE | **Offenses:** 1 |
| **Race:** WHITE | |
| **Eye Color:** BROWN | |
| **Weight:** 195 | |
| **Height:** 069 | |
| **Alias:** DINITTO.MARCUS DOB: ███1971 | |
| **Alias:** NYE,DAVID E DOB: ███1971 | |

TB 00003

Alias: POPE,MICHAEL
DOB: █████1971
Comments: DPS#: 06867617 Case
No: 9086912044 Crt
Case#: 0635211

| OFFENSES |
|---|

**Offense 1:**

| | |
|---|---|
| Offense Description: | <mark>THEFT OF SERV andgt; =$20 andlt; $500</mark> |
| Offense Severity: | MISDEMEANOR |
| Sentence Length: | 6 Months |
| Arrest Date: | 05/05/2006 |
| Case filing Date: | 05/05/2006 |
| Disposition: | CONVICTED |
| Disposition Date: | 07/20/2007 |
| Case Number: | 0635211 |
| Comments: | MISDEMEANOR - CLASS B; St:31.04(E)(2) |

| OFFENDER | SUMMARY |
|---|---|

| | | | |
|---|---|---|---|
| Full Name: | WALTERS,MARK RICHARD | Jurisdiction: | TX Williamson County Court |
| Date of Birth: | ████1971 | Case Number: | 02-6256-2 WILLIAMSON AT L |
| Sex: | MALE | Offenses: | 1 |
| Race: | WHITE | | |
| Eye Color: | BROWN | | |
| Weight: | 195 | | |
| Height: | 069 | | |
| Comments: | Case #: 02-6256-2 Williamson County Court at Law# 2 | | |

| OFFENSES |
|---|

**Offense 1:**

| | |
|---|---|
| Offense Description: | <mark>CRIMINAL MISCHIEF ($500-$1500)</mark> |
| Offense Severity: | MISDEMEANOR |
| Offense Date: | 04/09/2002 |
| Arrest Date: | 04/09/2002 |
| Case filing Date: | 12/31/2002 |
| Disposition: | FINAL CONVICTION - FINE ONLY |
| Disposition Date: | 01/28/2003 |
| Probation Sentence Length: | 1 Years 6 Months |
| Case Number: | 02-6256-2 WILLIAMSON AT L |
| Comments: | Degree: Misdemeanor Fine: $1000 Probation: 18 Month(s) Offense date: 20020409 |

| OFFENDER | SUMMARY |
|---|---|

| | | | |
|---|---|---|---|
| Full Name: | WALTERS,MARK RICHARD | Jurisdiction: | TX Williamson County Court |
| Date of Birth: | ████1971 | Case Number: | 06-3521-1 WILLIAMSON AT L |
| Sex: | MALE | Offenses: | 1 |
| Race: | WHITE | | |
| Eye Color: | BROWN | | |
| Weight: | 195 | | |
| Height: | 069 | | |
| Comments: | Case #: 06-3521-1 Williamson County Court at Law# 1 | | |

TB 00004

## OFFENSES

**Offense 1:**

| | |
|---|---|
| **Offense Description:** | THEFT OF SERV andgt; =$20 andlt; $500 |
| **Offense Severity:** | MISDEMEANOR |
| **Offense Date:** | 11/22/2005 |
| **Arrest Date:** | 05/05/2006 |
| **Case filing Date:** | 05/18/2006 |
| **Disposition:** | FINAL CONVICTION - JAIL TIME |
| **Disposition Date:** | 07/20/2007 |
| **Case Number:** | 06-3521-1 WILLIAMSON AT L |
| **Comments:** | Degree: Misdemeanor Offense date: 20051122 |

| OFFENDER | SUMMARY |
|---|---|
| **Full Name:** WALTERS,MARK RICHARD | **Jurisdiction:** FL Volusia |
| **Date of Birth:** ███/1971 | **Case Number:** CTC9555882MMAES |
| **Sex:** MALE | **Offenses:** 1 |
| **Race:** WHITE | |
| **Address:** 1160 N E 24 AVE 1,POMPANO BEACH FL 33062 | |
| **Comments:** Case No: CTC9555882MMAES Status: Closed Date Closed: 19970220 | |

## OFFENSES

**Offense 1:**

| | |
|---|---|
| **Offense Description:** | C/801554N DWLS |
| **Offense Severity:** | MISDEMEANOR |
| **Sentence Type:** | 32234 |
| **Sentence Date:** | 02/08/1996 |
| **Arrest Date:** | 12/16/1995 |
| **Case filing Date:** | 12/16/1995 |
| **Disposition:** | PROBATION ORDERED - ADJ. GUILTY: |
| **Disposition Date:** | 02/08/1996 |
| **Probation Sentence Length:** | 3 Months |
| **Case Number:** | CTC9555882MMAES |
| **Statute Number:** | 32234 |
| **Comments:** | Misdemeanor Stat: 32234 Prob: 3 Mth(s) Dgre: Second Degree Fine: 100 |

| OFFENDER | SUMMARY |
|---|---|
| **Full Name:** WALTERS,MARK RICHARD | **Jurisdiction:** TX Dept of Public Safety |
| **Date of Birth:** ███/1971 | **Case Number:** C-1-CR-09-501115 |
| **Sex:** MALE | **Offenses:** 1 |
| **Race:** WHITE | |
| **Eye Color:** BROWN | |
| **Weight:** 178 | |
| **Height:** 069 | |
| **Alias:** DINITTO.MARCUS DOB: ███1971 | |
| **Alias:** NYE,DAVID E DOB: ███1971 | |
| **Alias:** POPE,MICHAEL DOB: ███/1971 | |

TB 00005

Comments: DPS#: 06867617 Case
No. 0929909 on Case#:
C-1-CR-09-501115

## OFFENSES

**Offense 1:**

| | |
|---|---|
| **Offense Description:** | CRIM MISCH andgt; =$500 andlt; $1,500 |
| **Offense Severity:** | MISDEMEANOR |
| **Sentence Length:** | 2 Months |
| **Arrest Date:** | 06/19/2009 |
| **Case filing Date:** | 06/19/2009 |
| **Disposition:** | CONVICTED |
| **Disposition Date:** | 09/29/2009 |
| **Case Number:** | C-1-CR-09-501115 |
| **Comments:** | MISDEMEANOR - CLASS A; St:28.03(A) |

| OFFENDER | SUMMARY |
|---|---|
| **Full Name:** WALTERS,MARK RICHARD | **Jurisdiction:** TX DOC |
| **Date of Birth:** ████ 1971 | **Offenses:** 3 |
| **Sex:** MALE | |
| **Race:** WHITE | |
| **Comments:** State ID#:06867617 | |

## OFFENSES

**Offense 1:**

| | |
|---|---|
| **Offense Description:** | CREDIT CARD ABUSE |
| **Sentence Length:** | 6 Months |
| **Sentence Date:** | 01/07/2007 |
| **Case filing Date:** | 06/06/2005 |
| **Disposition:** | CONVICTED |
| **Disposition Date:** | 01/09/2007 |
| **Custodial Agency:** | 000000023472 |
| **Comments:** | Status:Perm. Ina Penal Code: 031030 |

**Offense 2:**

| | |
|---|---|
| **Offense Description:** | RETALIATION |
| **Sentence Length:** | 5 Years |
| **Sentence Date:** | 06/13/2009 |
| **Case filing Date:** | 06/11/2005 |
| **Disposition:** | CONVICTED |
| **Disposition Date:** | 08/26/2009 |
| **Custodial Agency:** | 000000023472 |
| **Comments:** | Status:Perm. Ina Penal Code: 036060 |

**Offense 3:**

| | |
|---|---|
| **Offense Description:** | OBSTRUCTION OR RETALIATION |
| **Offense Severity:** | FELONY |
| **Sentence Length:** | 10 Years |
| **Sentence Date:** | 01/09/2007 |
| **Case filing Date:** | 08/14/2005 |
| **Disposition:** | CONVICTED |
| **Disposition Date:** | 01/09/2007 |
| **Comments:** | Felony Status:Active NCIC Code: 13990026 |

TB 00006

| OFFENDER | SUMMARY |
|---|---|
| **Full Name:** WALTERS,MARK R | **Jurisdiction:** TX DOC |
| **Date of Birth:** ███/1971 | **Case Number:** 06-567-K368 |
| **Sex:** MALE | **Offenses:** 1 |
| **Race:** WHITE | |
| **Eye Color:** BROWN | |
| **Weight:** 180 | |
| **Height:** 069 | |
| **Comments:** State ID#:09391786<br>Cause#: 06-567-K368<br>TDCJ#: 01412166 | |

### OFFENSES

**Offense 1:**

| | |
|---|---|
| **Offense Description:** | CREDIT CARD ABUSE |
| **Sentence Length:** | 6 Months |
| **Sentence Date:** | 01/07/2007 |
| **Case filing Date:** | 06/06/2005 |
| **Disposition:** | CONVICTED |
| **Disposition Date:** | 01/09/2007 |
| **Case Number:** | 06-567-K368 |
| **Custodial Agency:** | 000000023596 |
| **Comments:** | Status:Perm. Ina Penal Code: 031030 |

**Jurisdictions Searched:** [Click here](#) for full List

**Please note:** The information in this report is derived from records in accordance with the Fair Credit Reporting Act (FCRA, U.S.C. § 1681). This information may only be used to verify statements made by an individual for employment purposes or in connection with other legitimate business needs. The depth of information available varies. Although every effort has been made to insure accuracy or completeness, final verification of an individual's identity and proper uses of report contents are the user's responsibility.

[ Close ]  [ Print ]

TB 00007