Texas Department of Public Safety
Criminal History Search

USER: verusconsultingtexas@gmail.com (2503769,2549285) SERVER: DPSWEBMASTER DATE:6/28/2018
8:03:42 AM LANG:ENGLISH (UNITED STATES) ORIG:PublicSite



# Criminal History Conviction Search

## Search Information

| | |
|---|---|
| BATCH # | 4197176 |
| SEARCH # | 19187650 |
| SEARCH SUMMARY | WALTERS,MARK [1971-3-2] |
| USER NAME | VERUSCONSULTINGTEXAS@GMAIL.COM |
| DATE | 2018-06-28T08:03:41.9058876-05:00 |

## WALTERS,MARK RICHARD (SID: 06867617)

| | |
|---|---|
| SID | 06867617 |
| DATE LAST UPDATED | 1/29/2018 |
| SEX | MALE |
| RACE | WHITE |
| ETHNICITY | NON-HISPANIC |
| HEIGHT | 5'9" |
| WEIGHT | 178 LBS |
| EYES | BROWN |
| HAIR | BROWN |
| PLACE OF BIRTH | NEW YORK |
| NAME(S) | DINITTO,MARCUS |
| | NYE,DAVID E |
| | POPE,MICHAEL |
| | WALTERS,MARK RICHARD **(PRIMARY)** |
| BIRTH DATE(S) | 3/2/1971 **(PRIMARY)** |

## ARREST SUMMARY

| DATE OF ARREST | SEQUENCE CODE | TRACKING NUMBER | AGENCY DESCRIPTION |
|---|---|---|---|
| 4/9/2002 | A | 9086586066 | WILLIAMSON CO SO GEORGETOWN |
| 9/28/2005 | A | 9086854036 | TEXAS HWY PATROL REG 6 DIST B AUSTIN |
| 5/5/2006 | A | 9086912044 | WILLIAMSON CO SO GEORGETOWN |
| 9/22/2006 | A | 9086949746 | WILLIAMSON CO SO GEORGETOWN |
| 6/19/2009 | A | 9073323878 | TRAVIS CO SO AUSTIN |

*Searches based on names, date of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint identification. It is your responsibility to make sure the records you access through this site pertain to the person about whom you are seeking information. Extreme care should be exercised in using any information obtained from this Web site. Neither the DPS nor the State of Texas shall be responsible for any errors or omissions produced by secondary dissemination of this data.*

## ARREST DATE 4/9/2002 (1 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 4/9/2002 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9086586066 |
| ARRESTING AGENCY | WILLIAMSON CO SO GEORGETOWN (TX2460000) |

## ARREST DATE 4/9/2002 (CHARGE A001)

### OFFENSE RECORD

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 0272310 |
| INTERNAL AGENCY CASE NUMBER | 9086586066 |
| ARREST OFFENSE | BURGLARY OF HABITATION (22990002) |
| ARREST OFFENSE CITATION | 30.02(C)(2) |

| | |
|---|---|
| EVEL AND DEGREE OF OFFENSE | FELONY - 2ND DEGREE (F2) |
| ATE OF OFFENSE | 4/9/2002 |
| RREST DISPOSITION DATE | 4/10/2002 |
| RREST DISPOSITION | HELD (205) |
| ROSECUTOR ORI REFERRED TO | DISTRICT ATTORNEYS OFFICE GEORGETOWN (TX246015A) |

## ROSECUTION DETAIL

| | |
|---|---|
| GENCY | WILLIAMSON COUNTY ATTORNEY (TX246013A) |
| ROSECUTOR ACTION FIELD | PROSECUTOR HAS CHANGED THE CHARGE (C) |
| ROSECUTOR OFFENSE CITATION | 28.03(A) |
| ROSECUTOR OFFENSE | CRIM MISCH>=$500<$1,500 (29990002) |
| EVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS A (MA) |

## OURT STATUS A

| | |
|---|---|
| GENCY DESCRIPTION | COUNTY COURT AT LAW 2 GEORGETOWN (TX246103J) |
| OURT OFFENSE | CRIM MISCH>=$500<$1,500 (29990002) |
| OURT OFFENSE CITATION | 28.03(A) |
| EVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| OURT DISPOSITION | CONVICTED (310) |
| OURT DISPOSITION DATE | 1/28/2003 |
| ATE OF SENTENCE/STATUS | 1/28/2003 |
| AUSE NUMBER | CAU:0262562 |
| INAL PLEADING | GUILTY (G) |
| OURT CONFINEMENT | 0Y0M365D |
| OURT PROBATION | 0Y18M0D |
| OURT FINE | 4000 |
| OURT COSTS | 211 |
| GENCY RECEIVING CUSTODY | COUNTY COURT AT LAW 2 GEORGETOWN (TX246015G) |

## RREST DATE 9/28/2005 (1 CHARGES)

### RREST DETAIL

| | |
|---|---|
| RREST DATE | 9/28/2005 |
| EQUENCE CODE | A |
| RACKING NUMBER | 9086854036 |
| RRESTING AGENCY | TEXAS HWY PATROL REG 6 DIST B AUSTIN (TXDPS6500) |

## RREST DATE 9/28/2005 (CHARGE D001)

### ROSECUTION DETAIL

| | |
|---|---|
| GENCY | DISTRICT ATTORNEYS OFFICE GEORGETOWN (TX246015A) |
| ROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| ROSECUTOR OFFENSE CITATION | 36.06(C) |
| ROSECUTOR OFFENSE | OBSTRUCTION OR RETALIATION (13990026) |
| EVEL AND DEGREE PROSECUTED | FELONY - 3RD DEGREE (F3) |

### OURT STATUS A

| | |
|---|---|
| GENCY DESCRIPTION | 368TH DISTRICT COURT GEORGETOWN (TX246035J) |
| OURT OFFENSE | CREDIT CARD OR DEBIT CARD ABUSE (26050014) |
| OURT OFFENSE CITATION | 32.31 |
| EVEL AND DEGREE OFFENSE | FELONY - STATE JAIL FELONY (FS) |
| OURT DISPOSITION | CONVICTED (310) |
| OURT DISPOSITION DATE | 1/9/2007 |
| ATE OF SENTENCE/STATUS | 1/9/2007 |
| AUSE NUMBER | CAU:06567K368 |
| INAL PLEADING | GUILTY (G) |
| OURT CONFINEMENT | 0Y6M0D |
| OURT COSTS | 198 |
| GENCY RECEIVING CUSTODY | 368TH DISTRICT COURT GEORGETOWN (TX236065C) |

## RREST DATE 5/5/2006 (1 CHARGES)

### RREST DETAIL

| | |
|---|---|
| RREST DATE | 5/5/2006 |

| | |
|---|---|
| EQUENCE CODE | A |
| RACKING NUMBER | 9086912044 |
| RRESTING AGENCY | WILLIAMSON CO SO GEORGETOWN (TX2460000) |

### RREST DATE 5/5/2006 (CHARGE A001)

#### FFENSE RECORD

| | |
|---|---|
| GENCY | WILLIAMSON CO SO GEORGETOWN (TX2460000) |
| NTERNAL AGENCY PERSON UMBER | 0272310 |
| NTERNAL AGENCY CASE NUMBER | 9086912044 |
| RREST OFFENSE | THEFT OF SERV >=$20 <$500 (23990027) |
| RREST OFFENSE CITATION | 31.04(E)(2) |
| EVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS B (MB) |
| ATE OF OFFENSE | 10/10/2005 |
| RREST DISPOSITION DATE | 5/5/2006 |
| RREST DISPOSITION | HELD (205) |
| ROSECUTOR ORI REFERRED TO | WILLIAMSON COUNTY ATTORNEY (TX246013A) |

#### OURT STATUS A

| | |
|---|---|
| GENCY DESCRIPTION | COUNTY COURT AT LAW 1 GEORGETOWN (TX246093J) |
| OURT OFFENSE | THEFT OF SERV >=$20 <$500 (23990027) |
| OURT OFFENSE CITATION | 31.04(E)(2) |
| EVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| OURT DISPOSITION | CONVICTED (310) |
| OURT DISPOSITION DATE | 7/20/2007 |
| ATE OF SENTENCE/STATUS | 7/20/2007 |
| AUSE NUMBER | CAU:0635211 |
| INAL PLEADING | GUILTY (G) |
| OURT CONFINEMENT | 0Y0M180D |
| OURT COSTS | 290 |
| GENCY RECEIVING CUSTODY | COUNTY COURT AT LAW 1 GEORGETOWN (TX2460000) |

### RREST DATE 9/22/2006 (1 CHARGES)

#### RREST DETAIL

| | |
|---|---|
| RREST DATE | 9/22/2006 |
| EQUENCE CODE | A |
| RACKING NUMBER | 9086949746 |
| RRESTING AGENCY | WILLIAMSON CO SO GEORGETOWN (TX2460000) |

### RREST DATE 9/22/2006 (CHARGE A001)

#### FFENSE RECORD

| | |
|---|---|
| GENCY | WILLIAMSON CO SO GEORGETOWN (TX2460000) |
| NTERNAL AGENCY PERSON UMBER | 0272310 |
| NTERNAL AGENCY CASE NUMBER | 5526 |
| RREST OFFENSE | OBSTRUCTION OR RETALIATION (13990026) |
| RREST OFFENSE CITATION | 36.06(C) |
| EVEL AND DEGREE OF OFFENSE | FELONY - 3RD DEGREE (F3) |
| ATE OF OFFENSE | 8/14/2005 |
| RREST DISPOSITION DATE | 9/22/2006 |
| RREST DISPOSITION | HELD (205) |
| ROSECUTOR ORI REFERRED TO | DISTRICT ATTORNEYS OFFICE GEORGETOWN (TX246015A) |

#### OURT STATUS A

| | |
|---|---|
| GENCY DESCRIPTION | 368TH DISTRICT COURT GEORGETOWN (TX246035J) |
| OURT OFFENSE | OBSTRUCTION OR RETALIATION (13990026) |
| OURT OFFENSE CITATION | 36.06(C) |
| EVEL AND DEGREE OFFENSE | FELONY - 3RD DEGREE (F3) |
| OURT DISPOSITION | CONVICTED (310) |
| OURT DISPOSITION DATE | 1/9/2007 |
| ATE OF SENTENCE/STATUS | 1/9/2007 |

| | |
|---|---|
| CAUSE NUMBER | CAU:061501K368 |
| FINAL PLEADING | GUILTY (G) |
| COURT PROBATION | 10Y0M0D |
| COURT COSTS | 298 |
| AGENCY RECEIVING CUSTODY | 368TH DISTRICT COURT GEORGETOWN (TX246015G) |

**COURT STATUS B**

| | |
|---|---|
| AGENCY DESCRIPTION | 368TH DISTRICT COURT GEORGETOWN (TX246035J) |
| COURT OFFENSE | OBSTRUCTION OR RETALIATION (13990026) |
| COURT OFFENSE CITATION | 36.06(C) |
| LEVEL AND DEGREE OFFENSE | FELONY - 3RD DEGREE (F3) |
| COURT DISPOSITION | PROBATION REVOCATION (398) |
| COURT DISPOSITION DATE | 8/26/2009 |
| DATE OF SENTENCE/STATUS | 8/26/2009 |
| CAUSE NUMBER | CAU:061501K368 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 5Y0M0D |
| COURT FINE | 2500 |
| AGENCY RECEIVING CUSTODY | 368TH DISTRICT COURT GEORGETOWN (TX236065C) |

## ARREST DATE 6/19/2009 (1 CHARGES)

**ARREST DETAIL**

| | |
|---|---|
| ARREST DATE | 6/19/2009 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9073323878 |
| ARRESTING AGENCY | TRAVIS CO SO AUSTIN (TX2270000) |

## ARREST DATE 6/19/2009 (CHARGE A001)

**OFFENSE RECORD**

| | |
|---|---|
| AGENCY | TRAVIS CO SO AUSTIN (TX2270000) |
| INTERNAL AGENCY CASE NUMBER | 0929909 |
| ARREST OFFENSE | CRIMINAL MISCHIEF>$50<$500 (29990016) |
| ARREST OFFENSE LITERAL | CRIM MISCH > $50 |
| ARREST OFFENSE CITATION | 28.03(B)(2) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS UNKNOWN (M*) |
| DATE OF OFFENSE | 6/19/2009 |
| ARREST DISPOSITION DATE | 6/19/2009 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |

**PROSECUTION DETAIL**

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR HAS CHANGED THE CHARGE (C) |
| PROSECUTOR OFFENSE CITATION | 28.03(A) |
| PROSECUTOR OFFENSE | CRIM MISCH>=$500<$1,500 (29990002) |
| PROSECUTION LITERAL | CRM MSCH >=$500 <$1, |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS A (MA) |

**COURT STATUS A**

| | |
|---|---|
| AGENCY DESCRIPTION | COUNTY COURT AT LAW NO 3 AUSTIN (TX227123J) |
| COURT OFFENSE | CRIM MISCH>=$500<$1,500 (29990002) |
| COURT OFFENSE LITERAL | CRIMINAL MISCHIEF >=$500<$1,500 |
| COURT OFFENSE CITATION | 28.03(A) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 9/29/2009 |
| DATE OF SENTENCE/STATUS | 9/29/2009 |
| CAUSE NUMBER | CAU:C-1-CR-09-501115 |
| FINAL PLEADING | NO CONTEST OR NOLO CONTENDERE (C) |
| COURT CONFINEMENT | 0Y 0M 60D |
| AGENCY RECEIVING CUSTODY | COUNTY COURT AT LAW NO 3 AUSTIN (TX2270000) |

**JSTODIES**

**ıstody**

| | |
|---|---|
| ATE OF OFFENSE | 6/11/2005 |
| JSTODIAL AGENCY/ORI | DEPT OF CRIMINAL JUSTICE HUNTSVILLE (TX236065C) |
| ERSONAL ID NUMBER | 01596102 |
| ENTENCE EXPIRATION DATE | 6/13/2014 |
| OUNTY OF COMMITMENT | WILLIAMSON (246) |
| TATUS STARTING DATE | 6/13/2014 |
| TATUS SUPERVISION | DISCHARGED (409) |
| TATUS SUPERVISION LITERAL | TX236065C 01596102 |

TB 000039